UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

Kersandra Brooks,
    Debtor.
_____/

Case No.: 17-13719-RBR
Chapter 13

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**COMES NOW**, Damian G. Waldman, Esquire and the Law Offices of Damian G. Waldman, P.A. attorneys for Yellowstone Capital, LLC (hereinafter referred to as "Secured Creditor"), hereby enters its notice of appearance in the above-styled action.

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g):

DAMIAN WALDMAN, ESQ.
**Law Offices of Damian G. Waldman, P.A.**
Attorneys for Secured Creditor
P.O. Box 5162
Largo, FL 33779
Toll Free Phone: (844) 899-4162
Toll Free Fax: (844) 882-4703
Email: bankruptcy@dwaldmanlaw.com
Email 2: damian@dwaldmanlaw.com
Email 3: lynne@dwaldmanlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above was served via ECF/CM upon the parties listed on the attached Service List on April 21, 2017:

/s/ Damian G. Waldman
Damian G. Waldman, Esquire
Florida Bar No.: 0090502
Law Offices of Damian G. Waldman, P.A.
P.O. Box 5162
Largo, FL 33779
Telephone (844) 899-4162
Facsimile (844) 882-4703
Email 1: bankruptcy@dwaldmanlaw.com
Email 2: damian@dwaldmanlaw.com
Email 3: service@dwaldmanlaw.com
Attorneys for Secured Creditor

## SERVICE LIST

Kersandra E. Brooks
2348 NW 15TH Ct.
Fort Lauderdale, FL 33311

Chad T Van Horn
330 N Andrews Ave #450
Ft Lauderdale, FL 33301
Email: Chad@cvhlawgroup.com

Robin R Weiner
P.O. Box 559007
Fort Lauderdale, FL 33355

Office of the US Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130