UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**In re:**

**Kersandra Brooks**  Case No.: 17-13719-RBR
  Chapter 13
  **Debtor(s)**
_____/

STATE OF MONTANA
COUNTY OF GALLATIN

## AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, Eric Sutherland, declare:

1. I am over the age of eighteen years of age and am presently employed by Yellowstone Capital, LLC as its MANAGER (Title). I am making this affidavit regarding the loan described below (the "Loan"). I am making this Affidavit in connection with and in support of the Motion to which this Affidavit is attached.

2. In this position, my responsibilities include ascertaining and verifying amounts due and payable as to delinquent borrowers who are in bankruptcy and not in bankruptcy.

3. The facts stated in this affidavit are based upon records maintained in the ordinary course of Yellowstone Capital, LLC's business, as part of regular conducted business activity, by or from information transmitted by person(s) with knowledge of the events described therein, at or near the time of the event described. These records are 's own records. I have personal knowledge of the procedures by which these records were prepared and kept.

4. According to Yellowstone Capital, LLC's books and records, the Loan is evidenced by a promissory note executed by Kersandra Brooks dated January 9, 2007 in the principal amount of $143,500.00.

5. The note is secured by a Mortgage (the "Mortgage") relating to the real property commonly known as 2348 NW 15th Court, Fort Lauderdale, FL 33311.

6. The Mortgage was assigned to Yellowstone Capital, LLC, which is now the owner and holder.

"Exhibit B"

7. True and correct copies of the Note, Mortgage, Riders, and Assignments, are attached hereto and incorporated herein as "Exhibit A."
8. The Debtor has a long history of being in default and had recently defaulted on a forbearance agreement with Yellowstone Capital, LLC.
9. According to Yellowstone Capital, LLC's books and records, a default exists under the Loan for failure to make payments due and owing under the Note and Mortgage beginning with the payment due on October 1, 2014.
10. As of March 28, 2017, the total arrearages are $31,348.72.
11. As of March 28, 2017, the total amount owed under the Note is approximately $154,919.94, itemized as follows:

|  | Amount |
| --- | --- |
| Principal Balance | $131,072.35 |
| Acc. Interest from 09/01/2014 – 03/28/2017 | $15,173.87 |
| Acc. Late Charges | $1,123.75 |
| Unpaid Late Charges | $232.50 |
| Attorney's fees and costs | $7,317.47 |
| **Total** | **$154,919.94** |

12. According to the Broward County Property Appraiser's website, the property is currently valued at $107,510.00, which is less than that is owed to Yellowstone Capital, LLC. Please see attached copy of Appraisal attached hereto and incorporated herein as "Exhibit B."
13. I declare under penalty of perjury that the foregoing facts are true and correct based on personal knowledge derived from Movant's books and business records, as I have detailed heretofore.

FURTHER AFFIANT SAYETH NOT.

_____ (Title)
Eric Sutherland, MANAGER
and as authorized agent on behalf of
Yellowstone Capital, LLC

**THE FOREGOING INSTRUMENT WAS SWORN TO AND SUBSCRIBED before me personally this** 11th **day of April, 2017 by Eric Sutherland,** MANAGER **(Title) and as**

authorized agent on behalf of Yellowstone Capital, LLC, who produced a Montana State Driver's License **AS IDENTIFICATION TO ME IN TESTIMONY WHEREOF**, I have hereunto subscribed my name and affixed my seal of office the day and year last above written.

(Seal)

KATHERINE DRAKELEY
Notary Public
for the State of Montana
Residing at:
Bozeman, Montana
My Commission Expires:
June 24, 2020

**NOTARY PUBLIC**

My Commission Expires: 06/24/2020

## INDEBTEDNESS WORKSHEET DEBT AS OF THE PETITION DATE

A. Total pre-petition indebtedness of debtor(s) to movant (if movant is not the lender, this refers to the indebtedness owed to the lender) as of petition filing date: $154,919.94

| | |
|---|---|
| 1. Amount of Principal: | $131,072.35 |
| 2. Deferred Unpaid Principal: | $0.00 |
| 3. Amount of interest: | $15,173.87 |
| 4. Accrued Late Charges (Calculated Through Payoff Date): | $1,123.75 |
| 5. Unpaid Late Charges: | $232.50 |
| 6. Amount of attorneys' fees billed to debtor(s) pre-petition: | $7,317.47 |
| 7. Amount of pre-petition late fees, if any, billed to debtor(s): | $0.00 |
| 8. Any additional pre-petition fees, charges or amounts charged to debtors/debtors account and not listed above | $0.00 |

(If additional space is needed, list the amounts on a separate sheet and attach the sheet as an exhibit to this form; please list the exhibit number here:

B. Contractual interest rate: 7.450% (if interest rate is (or was) adjustable, list the rate(s) and date(s) the rate(s) was/were in effect on a separate sheet and attach the sheet as an exhibit to this form; list the exhibit number here:_____.)

## AMOUNT OF ALLEGED POST-PETITION DEFAULT
### (AS OF March 28, 2017)

C. Date last payment was received: 09/01/2014

D. Alleged total number of payments due post-petition from filing of petition through payment due on: 0

E. All post-petition payments alleged to be in default:

| Alleged Amount Due Date | Alleged Amount Due | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Amount Applied to Escrow | Late fee Charged, if any |
|---|---|---|---|---|---|---|
| Totals: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

G. Amount of movant's filing fee for this motion: $181.00

H. Other attorneys' fees billed to debtor post-petition: $850.00

I. Amount of movant's post-petition inspection fees: $0.00

J. Amount of movant's post-petition appraisal: $0.00

K. Amount of forced placed insurance or insurance provided by the movant post-petition: $0.00

L. Sum held in suspense by movant in connection with this contract, if applicable: $0.00

M. Amount of other post-petition advances or charges, for example taxes, insurance incurred by debtor etc (itemize each charge): $0.00